UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **OMRI EVENTSUR,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,**<br><br>*Defendant.* | **CASE NO.:** |

**COMPLAINT FOR DAMAGES**
*Florida Bar #68274*

COMES NOW Plaintiff, OMRI EVENTSUR, by and through the undersigned attorneys, and hereby sues Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and alleges:

### NATURE OF THE ACTION

1. This is an action for money damages arising from Defendant's breach of the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiffs as a result of the loss notwithstanding having acknowledged coverage for the loss.

### PARTIES

2. Plaintiff, OMRI EVENTSUR, is a named homeowner of the property located at 4608 W Mcelroy Ave. Tampa, FL 33611 (hereafter called the "Property") and resides in Hillsborough County, FL.

3. Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, was and is a profit corporation incorporated in the State of Florida, and Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 42 U.S. Code § 4053, which provide original exclusive jurisdiction in the United State District Court for actions instituted against an insurance carrier arising from disputes under the National Flood Insurance Program.

5. This Court also has jurisdiction pursuant to 28 U.S.C. § 1331, because this action arises under the laws of the United States, including the National Flood Insurance Act of 1968, as amended, 42 U.S.C. § 4001 et seq.

6. Pursuant to 28 U.S.C. § 1391(b), venue properly lies in the Judicial because Plaintiff, OMRI EVENTSUR, reside in this Judicial District, a substantial part of the events giving rise to the claims herein occurred in this Judicial District and because Defendant has agreed to submit to the personal jurisdiction of appropriate courts located in Florida to adjudicate or determine any lawsuit arising under the parties' contract giving rise to this lawsuit.

## FACTS

7. At all times material hereto, in consideration of premiums paid by Plaintiff, there was in full force and effect certain insurance policy being Policy number 7709040955 (hereafter called the "Policy"). Plaintiff does not have a true and complete copy of the Policy, but Defendant has a true and correct copy of the Policy. Plaintiff reserves the right to supplement this by attaching a copy of the Policy after same is provided by Defendant in response to discovery requests.

8. Under the terms of the Policy, Defendant insured Plaintiff against certain losses to the subject Property.

9. On or about 9-26-24, while the Policy was in full force and effect, Plaintiff suffered a covered loss; to wit: flood causing damage to the property (hereafter the "loss").

10. Defendant assigned claim number 7709040955 to the loss.

11. Defendant acknowledged coverage for the actual cash value and replacement cost value of the loss in amounts unilaterally determined by Defendant to be the total amount of the actual cash value and replacement cost loss.

12. Plaintiff notified Defendant that it was in disagreement as to Defendant's unilateral determination as to the total amount of the actual cash value and replacement cost loss.

13. Defendant has failed and/or refused to pay the full amount of insurance proceeds due Plaintiff as a result of the loss.

14. Defendant has breached the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiffs as a result of the loss notwithstanding having acknowledged coverage for the loss.

15. All conditions precedent to the filing of this action have been met or have been waived.

16. Plaintiff has been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fees and costs.

WHEREFORE, Plaintiff sues Defendant for damages in excess of $75,000.00, plus court costs and reasonable attorney's fees, and such other relief as this Court deems just and proper.

## DEMAND FOR NON-JURY TRIAL

Plaintiff requests a non-jury trial on all issues so triable.

Date: October 28, 2025          Respectfully submitted,

VYACHESLAV BORSHCHUKOV, P.A
Attorneys for Plaintiff, *Omri Eventsur*

BY:     */s/ Slava Borshchukov*
        VYACHESLAV BORSHCHUKOV, ESQ.
        FLORIDA BAR NO.: 68274
        514 SE 11th Court
        Fort Lauderdale, Florida 33316
        Telephone   (305) 503-5985
        Fax No.     (305) 503-5986
        Primary Email:      service@vb.legal
        Secondary e-mail:   fjeanlouis@vb.legal